**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HOWARD ROBINSON,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

      Defendants.

Case No.: 1:26-cv-04646

Judge Jorge L. Alonso

Magistrate Judge M. David Weisman

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1.      I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, HOWARD ROBINSON ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.      This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

3.      I hereby certify that on May 28, 2026, I sent an e-mail containing a copy of the Complaint, Summons, and Order for Leave to Conduct Expedited Discovery and Electronic Service of Process to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon"), Walmart Inc. ("Walmart"), Temu, LLC ("Temu"), PayPal, Inc. ("PayPal"), Stripe,

Inc. ("Stripe"), and Roadget Business Pte. Ltd. ("SHEIN") marketplaces, as identified and provided for Defendants by third parties.

4.     I hereby certify that on or before May 28, 2026, I electronically published the Complaint, Summons, and Order for Leave to Conduct Expedited Discovery and Electronic Service of Process on a website.

5.     I hereby certify that on May 28, 2026, I sent an e-mail containing a copy of the Complaint, Summons, and Order for Leave to Conduct Expedited Discovery and Electronic Service of Process to the e-mail addresses associated with accounts at the Amazon, Walmart, Temu, PayPal, Stripe, and SHEIN marketplaces, as identified and provided by third parties for Defendants, that includes a link to said website.

6.     The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2026.

/s/ Keith A. Vogt
Keith A. Vogt
*Counsel for Plaintiff*

2