**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HOWARD ROBINSON,

     Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-04646

Judge Jorge L. Alonso

Magistrate Judge M. David Weisman

**STATUS REPORT**

Pursuant to Minute Entry Order [21], Plaintiff, HOWARD ROBINSON ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On May 28, 2026, Plaintiff properly served the Defendants in this case pursuant to paragraph 3 of the Court's Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication. [16]. A summons returned executed was filed that same day. [19]. Plaintiff has settled with one defendant, who has since been dismissed. *See* [20].

Plaintiff has begun investigating the addresses for the remaining Defendants. Once complete, Plaintiff will file a motion for entry of default and default judgment against any Defendants who remain in the case. Plaintiff respectfully requests that this Court allow Plaintiff sixty (60) days to file Plaintiff's motion or submit a status report regarding the status of Plaintiff's investigation.

1

DATED: July 13, 2026          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 13, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt