# EXHIBIT 1

| Def No. | Def Name | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|
| 1 | QuJingXuLiaoShangMao | | VA 2-362-102 |
| 2 | shanxixinchuanyajianzhugongcheng | | VA 2-362-102 |
| 3 | pujiangxianjiayuanfuzhuangyouxiangongsi | | VA 2-362-102 |
| 4 | wenoo | | VA 2-362-102 |
| 5 | Top Carpenter | | VA 2-362-102 |
| 6 | GONGPAN | | VA 2-362-102 |

| Def No. | Def Name | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|
| 7 | YuanHongYu | | VA 2-362-102 |
| 8 | guangzhouzhijianjiajuyouxiangongsi | | VA 2-361-663 |
| 9 | DiJiaJusda | | VA 2-361-663 |
| 10 | Y Home-Yard Collective | | VA 2-361-663 |
| 11 | ZIHAN HUANG | | VA 2-361-663 |
| 12 | YueTogiveLi | | VA 2-361-301 |

| Def No. | Def Name | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|
| 13 | ST NAHAI | | VA 2-361-301 |
| 14 | wuxiaoweide1235 | | VA 2-361-301 |
| 15 | wenxinchenyu | | VA 2-361-816 |
| 16 | 102rdcfg | | VA 2-361-816 |
| 17 | Maimeili | | VA 2-361-816 |
| 18 | bianhaoxuandedian2003 | | VA 2-361-816 |

| Def No. | Def Name | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|
| 19 | 相予商贸 | | VA 2-361-138 |
| 20 | hefeiguanyanxiangshangmaoyouxiangongsi | | VA 2-361-138 |
| 21 | Xin Cai Store | | VA 2-361-138 |
| 22 | CaoLi47 | | VA 2-362-206 |
| 23 | lishuimiaoyidianzishangwuyouxiangongsi | | VA 2-362-206 |
| 24 | broe | | VA 2-362-206 |

| Def No. | Def Name | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|
| 25 | ppphaibaihuo | | VA 2-362-054 |
| 26 | LULADU | | VA 2-362-054 |
| 27 | USEQUICK | | VA 2-362-054 |
| 28 | YiYuanChenBaoZhu | | VA 2-379-979 |
| 29 | ybbaxu | | VA 2-379-979 |
| 30 | QUNNKASUJ | | VA 2-379-781 |

| Def No. | Def Name | Infringing Evidence | CR Image & Reg No |
|---------|----------|---------------------|-------------------|
| 31 | Nurse Blanket | | VA 2-379-781 |
| 32 | YUBANFENG | | VA 2-361-300 |
| 33 | LHLWallArt | | VA 2-361-300 |
| 34 | xuejiaodexiaodian | | VA 2-362-045 |
| 35 | zhizunbaojiaju(zhongqing)youxiangongsi | | VA 2-379-978 |
| 36 | Vetco US | | VA 2-380-891 |

| Def No. | Def Name | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|
| 37 | Henan Jiangxue Trading Co. | | VA 2-362-831 |
| 38 | ShiChiSiWenSanaoYuXiaGongSi | | VA 2-379-792 |
| 39 | luofeng shop | | VA 2-380-371 |
| 41 | BFSJAG | | VA 2-361-923 |
| 42 | DAHONGMIMI | | VA 2-362-046 |
| 43 | panlongqujiaoyaolanshipinshanghan | | VA 2-362-004 |

| Def No. | Def Name | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|
| 44 | geqiashangmao | | VA 2-362-206 |
| 45 | MAOLI HOME | | VA 2-362-046 |
| 46 | KONGHUI STORE | | VA 2-362-046 |
| 47 | Cup Blanket Gitfs | | VA 2-362-046 |
| 48 | Elite Threads | | VA 2-362-076 |
| 49 | DreamyDomains | | VA 2-362-090 |

| Def No. | Def Name | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|
| 50 | artofpaintbynumbers.com | | VA 2-361-138 |
| 51 | maddycharts.com | | VA 2-361-138 |
| 52 | tapestrymarket.com | | VA 2-362-045 |
| 53 | brilliantblingboutique.com | | VA 2-362-045 |
| 54 | maxnoveltypbn.com | | VA 2-362-045 |
| 55 | diamondpaintingpro.com | | VA 2-362-045 |

| Def No. | Def Name | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|
| 56 | paintbynumbershome.com | | VA 2-362-045 |
| 57 | allpaintbynumbers.art | | VA 2-362-045 |
| 58 | colourmost.com | | VA 2-362-045 |
| 59 | countrytowngirls.com | | VA 2-362-103 |
| 60 | vivapaintbynumbers.com | | VA 2-362-099 |
| 61 | alldiamondpainting.com | | VA 2-379-791 |

| Def No. | Def Name | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|
| 62 | oenart.com | | VA 2-362-045 |
| 63 | PureHea1··rtCafé | | VA 2-362-102 |
| 64 | bsfdgre | | VA 2-362-102 |
| 65 | pkujjh | | VA 2-362-102 |